**THIS ORDER IS APPROVED.**

**Dated: September 28, 2009**

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520)  544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: ) | CHAPTER 13 PROCEEDINGS |
| ) | |
| CHARLES A BROWNELL ) | CASE NO.:  09-09449-PL-JMM |
| ) | |
| ) | **ORDER DISMISSING CASE** |
| ) | |
| ) | |
| DEBTOR ) | |

    Pursuant to Local Rules of Bankruptcy Procedure Rule 2084-15 entered in this case, the Trustee has filed a Motion to Dismiss for Delinquent Plan Payments and Notice of Hearing, (hereinafter the "Motion") alleging that the Debtor is delinquent in one or more of their plan payments.  The Debtor having failed to (a) cure the delinquency, (b) file a notice of conversion to Chapter 7, or (c) file a motion for moratorium, within 30 days from the mailing of the Motion, and having determined at the hearing that the Debtor was not current, the Trustee has lodged this order, and good cause appearing,

    NOW THEREFORE, IT IS ORDERED THAT

(A) This case is dismissed and the Bankruptcy Noticing Center will give notice of the dismissal to all creditors;

(B) A motion to reinstate this case may be granted without a hearing if the Trustee approves the proposed reinstatement order.  If the Trustee does not approve the reinstatement order, the request may be set for hearing upon the Debtor's motion;

(C) Pursuant to 28 U.S.C. Sec. 586(e)(2), the Trustee shall be paid her percentage fee from all payments received from the Debtor;

(D) After payment of the Trustee's percentage fee, the Trustee will retain the Debtor's funds pending Court approval of the payment of administrative expenses to the Debtor's attorney.  If the Debtor's Chapter 13 Plan contains an Application for Payment of Administrative Expenses to the Debtor's attorney and no party filed an objection to the Application, the Debtor's attorney may lodge an Order approving the Application within ten (10) days after the Court enters this Dismissal Order.  Alternatively, the Debtor's attorney has ten days from the Court entering this Dismissal Order to file a separate fee application.

CASE NO.: 09-09449-PL-JMM

(E) If the Court has entered a payroll deduction order of the Debtor's wages, then such order is vacated; and

(F) Except as may be stated herein, all pending adversary proceedings, contested matters, and administrative hearings relating to this case are vacated.

Dated:

UNITED STATES BANKRUPTCY JUDGE

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 9/24/2009


CHARLES A BROWNELL
40105 W HAYDEN DR
MARICOPA, AZ  85238


By Betty Norton